AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 24 2017

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ALANIZ-DE LA GARZA, Jose (MEX) YOB: 1987 ZAPATA-MARTINEZ, Juan (MEX) YOB: 1985 | ) ) ) ) ) | Case No. M-17-1910-M |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __10/23/2017__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Possession with Intent to Distribute Marijuana, approximately 185 kilograms, a schedule I controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☑ Continued on the attached sheet.

_____
Complainant's signature

Danielle Martin, DEA Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: __10/24/2017  8:27 am__

_____
Judge's signature

City and state: __McAllen, Texas__

Peter Ormsby, U.S. Magistrate Judge
_____
Printed name and title

## ATTACHMENT I

1. On October 23, 2017, at approximately 8:30 p.m., U.S. Border Patrol (USBP) Agents in Escobares, Texas observed several subjects enter the United States illegally by crossing the Rio Grande River in a raft. Shortly thereafter, USBP Agents observed subjects carrying what appeared to be bundles of narcotics north from the river, where the subjects entered the U.S. After approaching the subjects, USBP seized 19 bundles of marijuana and subsequently arrested Juan Antonio ZAPATA-Martinez (hereafter referred to as ZAPATA) and Jose ALANIZ-De La Garza (hereafter referred to as ALANIZ). ZAPATA and ALANIZ were arrested approximately 200 yards away from the bundles of narcotics.

2. At the Rio Grande City Texas USBP station, agents processed the marijuana, which weighed 185 kilograms (407.85 pounds). The bundles were wrapped in clear and brown cellophane tape. Agents also conducted a field test, which tested positive for characteristics of marijuana.

3. DEA Special Agents Danielle Martin, Matthew Dolengowski and Christopher Donahue conducted an interview of ALANIZ. Prior to conducting the interview ALANIZ read his Miranda Warnings in Spanish. ALANIZ stated that he waived his rights and agreed to be interviewed by agents. ALANIZ stated that a truck dropped him and approximately nine (9) unknown subjects off in Mexico, just south of the Rio Grande River. ALANIZ stated that he and the unknown individuals crossed the river in a raft around 8:00 p.m. on October 23, 2017. ALANIZ stated he would be paid $200 to carry the marijuana across the river from Mexico into the United States. ALANIZ stated that ALANIZ and the rest of the individuals on the raft carried the marijuana bundles on their backs after crossing the river and began running north.

4. ALANIZ identified ZAPATA as his co-worker from a car wash in Mexico. ALANIZ stated ZAPATA crossed the river in the raft with him on October 23, 2017. ALANIZ stated that he did not see ZAPATA carrying bundles on his back after crossing the river because the group was walking in a line. ALANIZ stated that the raft used to cross the Rio Grande River was already loaded with the marijuana bundles when ALANIZ and the other individuals arrived off the truck. ALANIZ stated that the marijuana bundles were going to an unknown residence.

5. DEA Special Agents Danielle Martin, Matthew Dolengowski and Christopher Donahue conducted an interview of ZAPATA. ZAPATA read his Miranda Warnings in Spanish. ZAPATA stated that he waived his rights through written and verbal consent and agreed to be interviewed by agents. ZAPATA stated that a truck dropped him and other unknown subjects off in Mexico, just south of the Rio Grande River.

ZAPATA stated that he and approximately eight other individuals crossed the river in a raft around 7:00-8:00 p.m. on October 23, 2017. ZAPATA stated he would be paid $150 to carry the marijuana across the river from Mexico to the United States. ZAPATA stated that he carried the marijuana bundles on his back after crossing the river.

6. ZAPATA identified ALANIZ through a picture and in person as his co-worker from a carwash in Miguel Aleman, Mexico. ZAPATA stated that ALANIZ crossed the river in the raft with him on October 23, 2017. ZAPATA believes all of the individuals in the raft carried the marijuana bundles on their backs once crossing into the United States, but it was difficult to see in the dark.